UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MORGAN DUNN O'CONNOR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-77 |
| | § | |
| NATHAN OLIVER SMITH; aka SMITH, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered the Unopposed Motion for to Substitute Party Plaintiff (D.E. 36) filed by Plaintiff Morgan Dunn O'Connor, As Independent Executor of the Estate of Marie O'Connor Sorenson, Deceased, praying that Plaintiff herein be changed to read Morgan Dunn O'Connor, As Trustee of the Brien O'Connor Dunn GST Non-Exempt Trust, and the Court, having considered the motion, pleadings, and representation that the motion is unopposed, finds the motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff Morgan Dunn O'Connor, As Trustee of the Brien O'Connor Dunn GST Non-Exempt Trust is substituted as the party Plaintiff in this matter in place of Plaintiff Morgan Dunn O'Connor, As Independent Executor of the Estate of Marie O'Connor Sorenson, Deceased.

SIGNED and ORDERED this 22nd day of July, 2010.

_____
Janis Graham Jack
United States District Judge